

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00019-CV

Roy H. **SOTELO** III,
Appellant

v.

Mercedes H. **SOTELO**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2014-03-29890-CV
The Honorable Camile G. Dubose, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed: April 26, 2017

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on March 27, 2017. When neither the brief nor a motion for extension of time were filed, we ordered appellant to show cause in writing why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1). Appellant failed to respond to our order. Therefore, this appeal is dismissed for want of prosecution. Costs of appeal are taxed against appellant.

PER CURIAM